GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant U.S. Attorney
Ohio State Bar No. 0071332
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.petermann@usdoj.gov
Attorneys for Plaintiff

FILED
2024 OCT 30 PM 4:20
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR24-07600 TUC-JCH(MSA) |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations: |
| Luis Rafael Moreno, | 18 U.S.C. § 924(a)(1)(A)<br>(Making a False Statement in Connection with Acquisition of Firearms)<br>Counts 1-38 |
| Defendant. | 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making a False Statement in Connection with Acquisition of Firearms)<br>Counts 39-76 |
| | 18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D)<br>(Engaging in the Business of Dealing Firearms without a License)<br>Count 77 |
| | 18 U.S.C. § 924(d);<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNTS 1-38

On or about the dates listed below, in the District of Arizona, the Defendant LUIS RAFAEL MORENO, in connection with the acquisition of firearms, knowingly made false

statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that his address was on 8921 W. Troy, Arizona City, Arizona, whereas in truth and fact, that was not Defendant's current address at the time of the firearm purchase;

| Count | Date | Federal Firearms Licensee (FFL) | Firearm |
|---|---|---|---|
| 1 | 05/16/2020 | CAL Ranch | ACP, model M1911 A1, 45 ACP caliber pistol, SN RIA2187984 |
| 2 | 12/23/2020 | CAL Ranch | Sarsil Maz, model Sar 9, 9mm caliber pistol, SN T1102-20BV60456 |
| 3 | 03/30/2021 | CAL Ranch | ACP, model M1911 A1, 45 ACP caliber pistol, SN RIA2264236 |
| 4 | 07/31/2021 | Onsite Shooting | Glock, model G17, 9mm caliber pistol, SN ABPD788 |
| 5 | 07/31/2021 | Onsite Shooting | Taurus, model G3, 9mm caliber pistol, SN ACE901435 |
| 6 | 08/11/2021 | Onsite Shooting | HS/Produkt SA, model XD-9, 9mm caliber pistol, SN BA232167 |
| 7 | 08/11/2021 | Onsite Shooting | Glock, model G22 Gen 3, .40 caliber pistol, SN BSYG531 |
| 8 | 08/11/2021 | Onsite Shooting | Smith & Wesson, model M&P 22 Compact, .22LR caliber pistol, SN HJN9926 |

| | | | |
|---|---|---|---|
| 9 | 08/13/2021 | Onsite Shooting | Ruger, model 57, 5.7x28mm caliber pistol, SN 643-27371 |
| 10 | 08/17/2021 | CAL Ranch | Taurus, 1911 Commander, 45 ACP caliber pistol, SN ACE923270 |
| 11 | 08/31/2021 | CAL Ranch | HWM/GAA, Model EAA, 38 Special caliber revolver, SN 1772175 |
| 12 | 08/31/2021 | CAL Ranch | HS Produkt SA, model XDS, 45 ACP caliber pistol, SN BA408606 |
| 13 | 08/31/2021 | CAL Ranch | Taurus, Model 856, 38 Special caliber revolver, SN ACG070156 |
| 14 | 08/31/2021 | CAL Ranch | Smith & Wesson, M&P 380 Shield, 380 Auto caliber pistol, SN NKR7616 |
| 15 | 08/31/2021 | Cal Ranch | Pietro Beretta, model 92FS, 9mm caliber pistol, SN A280920Z |
| 16 | 12/28/2021 | CAL Ranch | CBC/Braztech, model RS22, 22LR caliber rifle, SN 7CA294221P |
| 17 | 02/15/2022 | CAL Ranch | Girsan, model MC28SAT, 9mm caliber pistol, SN T6368-21AV08829 |
| 18 | 04/22/2022 | Casa Grande Jewelry and Pawn | EAA, model regard MC9, 9mm caliber pistol, SN T6368-21A08906 |
| 19 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA33553 |
| 20 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA33110 |
| 21 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA30280 |

| | | | |
|---|---|---|---|
| 22 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA30111 |
| 23 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA33554 |
| 24 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA33763 |
| 25 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA30251 |
| 26 | 06/14/2022 | CAL Ranch | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7122730 |
| 27 | 06/14/2022 | CAL Ranch | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7122728 |
| 28 | 06/14/2022 | CAL Ranch | CBC/Braztech, model RS22, .22LR caliber rifle, SN 7CA337918R |
| 29 | 10/24/2022 | Tombstone Tactical | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7133383 |
| 30 | 10/24/2022 | Tombstone Tactical | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7132649 |
| 31 | 10/24/2022 | Tombstone Tactical | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7132941 |
| 32 | 10/26/2022 | CAL Ranch | Glock, model G17, 9mm caliber pistol, SN BXNP728 |
| 33 | 10/26/2022 | CAL Ranch | Glock, model G17 Gen 5, 9mm caliber pistol, SN BTWG456 |
| 34 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB088190 |

| Count | Date | | |
|---|---|---|---|
| 35 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB087206 |
| 36 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB087235 |
| 37 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB087104 |
| 38 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB087002 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 39-76

On or about the dates listed below, in the District of Arizona, the Defendant LUIS RAFAEL MORENO, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that was the actual transferee/buyer of the firearms, whereas in truth and fact, he was not the actual transferee/buyer of the firearms, he acquired them on behalf of another person.

| Count | Date | Federal Firearms Licensee (FFL) | Firearms |
|---|---|---|---|
| 39 | 05/16/2020 | CAL Ranch | ACP, model M1911 A1, 45 ACP caliber pistol, SN RIA2187984 |
| 40 | 12/23/2020 | CAL Ranch | Sarsil Maz, model Sar 9, 9mm caliber pistol, SN T1102-20BV60456 |

| | | | |
|---|---|---|---|
| 41 | 03/30/2021 | CAL Ranch | ACP, model M1911 A1, 45 ACP caliber pistol, SN RIA2264236 |
| 42 | 07/31/2021 | Onsite Shooting | Glock, model G17, 9mm caliber pistol, SN ABPD788 |
| 43 | 07/31/2021 | Onsite Shooting | Taurus, model G3, 9mm caliber pistol, SN ACE901435 |
| 44 | 08/11/2021 | Onsite Shooting | HS/Produkt SA, model XD-9, 9mm caliber pistol, SN BA232167 |
| 45 | 08/11/2021 | Onsite Shooting | Glock, model G22 Gen 3, .40 caliber pistol, SN BSYG531 |
| 46 | 08/11/2021 | Onsite Shooting | Smith & Wesson, model M&P 22 Compact, .22LR caliber pistol, SN HJN9926 |
| 47 | 08/13/2021 | Onsite Shooting | Ruger, model 57, 5.7x28mm caliber pistol, SN 643-27371 |
| 48 | 08/17/2021 | CAL Ranch | Taurus, 1911 Commander, 45 ACP caliber pistol, SN ACE923270 |
| 49 | 08/31/2021 | CAL Ranch | HWM/GAA, Model EAA, 38 Special caliber revolver, SN 1772175 |
| 50 | 08/31/2021 | CAL Ranch | HS Produkt SA, model XDS, 45 ACP caliber pistol, SN BA408606 |
| 51 | 08/31/2021 | CAL Ranch | Taurus, Model 856, 38 Special caliber revolver, SN ACG070156 |
| 52 | 08/31/2021 | CAL Ranch | Smith & Wesson, M&P 380 Shield, 380 Auto caliber pistol, SN NKR7616 |
| 53 | 08/31/2021 | Cal Ranch | Pietro Beretta, model 92FS, 9mm caliber pistol, SN A280920Z |

| | | | |
|---|---|---|---|
| 54 | 12/28/2021 | CAL Ranch | CBC/Braztech, model RS22, 22LR caliber rifle, SN 7CA294221P |
| 55 | 02/15/2022 | CAL Ranch | Girsan, model MC28SAT, 9mm caliber pistol, SN T6368-21AV08829 |
| 56 | 04/22/2022 | Casa Grande Jewelry and Pawn | EAA, model regard MC9, 9mm caliber pistol, SN T6368-21A08906 |
| 57 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA33553 |
| 58 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA33110 |
| 59 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA30280 |
| 60 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA30111 |
| 61 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA33554 |
| 62 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA33763 |
| 63 | 05/19/2022 | CAL Ranch | Taurus, model G3C, 9mm caliber pistol, SN 1KA30251 |
| 64 | 06/14/2022 | CAL Ranch | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7122730 |
| 65 | 06/14/2022 | CAL Ranch | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7122728 |
| 66 | 06/14/2022 | CAL Ranch | CBC/Braztech, model RS22, .22LR caliber rifle, SN 7CA337918R |

*United States of America v. Luis Rafael Moreno*
*Indictment Page 7 of 10*

| | | | |
|---|---|---|---|
| 67 | 10/24/2022 | Tombstone Tactical | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7133383 |
| 68 | 10/24/2022 | Tombstone Tactical | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7132649 |
| 69 | 10/24/2022 | Tombstone Tactical | Century Arms, model VSKA, 7.62x39mm caliber rifle, SN SV7132941 |
| 70 | 10/26/2022 | CAL Ranch | Glock, model G17, 9mm caliber pistol, SN BXNP728 |
| 71 | 10/26/2022 | CAL Ranch | Glock, model G17 Gen 5, 9mm caliber pistol, SN BTWG456 |
| 72 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB088190 |
| 73 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB087206 |
| 74 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB087235 |
| 75 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB087104 |
| 76 | 11/04/2022 | Casa Grande Jewelry and Pawn | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle, SN AKB087002 |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 77

Between on or about May 16, 2020, and on or about November 4, 2022, in the District of Arizona, the Defendant LUIS RAFAEL MORENO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

Upon conviction of Counts 1 through 77 of the Indictment, the Defendant, LUIS RAFAEL MORENO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| No. | Firearms | Serial Number |
|---|---|---|
| 1 | ACP, model M1911 A1, 45 ACP caliber pistol | RIA2187984 |
| 2 | Sarsil Maz, model Sar 9, 9mm caliber pistol | T1102-20BV60456 |
| 3 | ACP, model M1911 A1, 45 ACP caliber pistol | RIA2264236 |
| 4 | Glock, model G17, 9mm caliber pistol | ABPD788 |
| 5 | Taurus, model G3, 9mm caliber pistol | ACE901435 |
| 6 | HS/Produkt SA, model XD-9, 9mm caliber pistol | BA232167 |
| 7 | Glock, model G22 Gen 3, .40 caliber pistol | BSYG531 |
| 8 | Smith & Wesson, model M&P 22 Compact, .22LR caliber pistol | HJN9926 |
| 9 | Ruger, model 57, 5.7x28mm caliber pistol | 643-27371 |
| 10 | Taurus, 1911 Commander, 45 ACP caliber pistol | ACE923270 |
| 11 | HWM/GAA, Model EAA, 38 Special caliber revolver | 1772175 |
| 12 | HS Produkt SA, model XDS, 45 ACP caliber pistol | BA408606 |
| 13 | Taurus, Model 856, 38 Special caliber revolver | ACG070156 |
| 14 | Smith & Wesson, M&P 380 Shield, 380 Auto caliber pistol | NKR7616 |
| 15 | Pietro Beretta, model 92FS, 9mm caliber pistol | A280920Z |
| 16 | CBC/Braztech, model RS22, 22LR caliber rifle | 7CA294221P |
| 17 | Girsan, model MC28SAT, 9mm caliber pistol | T6368-21AV08829 |
| 18 | EAA, model regard MC9, 9mm caliber pistol | T6368-21A08906 |
| 19 | Taurus, model G3C, 9mm caliber pistol | 1KA33553 |
| 20 | Taurus, model G3C, 9mm caliber pistol | 1KA33110 |
| 21 | Taurus, model G3C, 9mm caliber pistol | 1KA30280 |
| 22 | Taurus, model G3C, 9mm caliber pistol | 1KA30111 |
| 23 | Taurus, model G3C, 9mm caliber pistol | 1KA33554 |
| 24 | Taurus, model G3C, 9mm caliber pistol | 1KA33763 |

*United States of America v. Luis Rafael Moreno*
*Indictment Page 9 of 10*

| | | |
|---|---|---|
| 25 | Taurus, model G3C, 9mm caliber pistol | 1KA30251 |
| 26 | Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7122730 |
| 27 | Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7122728 |
| 28 | CBC/Braztech, model RS22, .22LR caliber rifle | 7CA337918R |
| 29 | Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7133383 |
| 30 | Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7132649 |
| 31 | Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7132941 |
| 32 | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle | AKB087206 |
| 33 | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle | AKB087235 |
| 34 | PSA, model PSAK-47 GF3, 7.62x39mm caliber rifle | AKB087002 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: October 30, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
DAVID P. PETERMANN
Assistant U.S. Attorney

*United States of America v. Luis Rafael Moreno*
Indictment Page 10 of 10